No. 02–6643.  FLOREZ v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–6645.  GILBERT v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 02–6647.  GABBA v. SUPERIOR COURT OF CALIFORNIA, SAN BERNARDINO COUNTY.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 02–6648.  PETERSEN v. EVERETT ET AL.  Ct. App. Mich. Certiorari denied.

No. 02–6651.  BALSAM v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 02–6653.  JOHNSON v. ROWLEY, SUPERINTENDENT, NORTHEAST CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 02–6654.  GONZALEZ v. WORKERS' COMPENSATION APPEALS BOARD ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 02–6655.  FOSTER v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 02–6656.  HOPKINS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–6657.  GAITER v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 02–6659.  GAY v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 02–6661.  GASTON v. SNYDER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 02–6664.  GOODMAN v. LEWIS, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 02–6665.  HOBSON v. McDANIEL, WARDEN.  Sup. Ct. Nev. Certiorari denied.